**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS**

| | | |
|---|---|---|
| **JIMIKIA KNIGHT,** | ) | |
| | ) | |
| Plaintiff, | ) | 2:13-cv-02188-RDR-KGS |
| | ) | |
| v. | ) | |
| | ) | |
| **NATIONAL CREDIT ADJUSTERS, LLC.,** | ) ) | |
| | ) | |
| Defendant. | ) | |

## ENTRY OF DEFAULT

Upon request of Plaintiff pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, it having been demonstrated by affidavit that Defendant, NATIONAL CREDIT ADJUSTERS, LLC., has failed to appear or otherwise defend itself, the undersigned hereby enters the default of Defendant, NATIONAL CREDIT ADJUSTERS, LLC.

DATED: JUNE 18, 2013

TIMOTHY M. O'BRIEN, CLERK

s/ Mary E. Hill, Deputy Clerk